[Nos. 15679-6-III; 15680-0-III.   Division Three.   December 4, 1997.]

SPOKANE ARCADE, INC., *Appellant*, v. THE CITY OF
SPOKANE, ET AL., *Respondents*.

WORLD WIDE VIDEO OF WASHINGTON, INC., *Appellant*,
v. THE CITY OF SPOKANE, ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 18, 1998. Substitute opinion filed. See 92 Wn. App. 1004.

[No. 20009-1-II.   Division Two.   December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP
L. HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-03445-0, Nile E. Aubrey, J., entered October 16, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20158-5-II.   Division Two.   December 5, 1997.]

*In the Matter of the Marriage of* LISA ANNE ELOFSON,
*Respondent*, and ARNOLD ROBERT ELOFSON,
*Petitioner*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86-3-00362-9, Kenneth D. Williams, J., entered November 3, 1995. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.